FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN CUNNINGHAM; JENA GERKEN; ERIC MATTOX; KEVIN MILLER; TOM PERKINS; DEVON REESE; CHAD RILEY; DON ROBERT; KELVIN SCHUMAN; SCOTT SIMARD; RICHARD STILES; SEAN STREGE and SEAN BARAJAS,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE, LLC, a Delaware corporation,<br><br>Defendant. | NO: 4:18-CV-5060-RMP<br><br>ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL AND TO DISMISS ACTION WITH PREJUDICE |

BEFORE THE COURT is the parties' Joint Motion for Settlement Approval, ECF No. 75. Having reviewed the motion, the record, and the settlement agreement dated July 22, 2020, the Court finds good cause to grant the motion and approve the parties' settlement agreement.

ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL AND TO DISMISS ACTION WITH PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Joint Motion for Settlement Approval and to Dismiss Action with Prejudice, **ECF No. 75**, is **GRANTED**.

2. The Settlement Agreement is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms.

3. Accordingly, the settlement having been approved, the claims of the Plaintiffs in this action are **dismissed with prejudice**.

4. All pending motions, if any, are **DENIED AS MOOT**.

5. All pending hearing dates, if any, are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** September 4, 2020.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       United States District Judge