AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 04, 2020

SEAN F. McAVOY, CLERK

Kevin Cunningham; Jena Gerken; Eric Mattox; Kevin Miller; Tom Perkins; Devon Reese; Chad Riley; Don Robert; Kelvin Schuman; Scott Simard; Richard Stiles; Sean Strege and Sean Barajas,

*Plaintiff*

v.

MISSION SUPPORT ALLIANCE,
LLC, a Delaware corporation,

*Defendant*

)
)
)
)
)
)

Civil Action No.   4:18-CV-5060-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  The Parties' Joint Motion for Settlement Approval and to Dismiss Action with Prejudice, ECF No. 75, is GRANTED. Accordingly, the settlement having been approved, the claims of the Plaintiffs in this action are dismissed with prejudice. Judgment of Dismissal with Prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Rosanna Malouf Peterson _____ on a Joint Motion for Settlement.

Date:  September 4, 2020 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore _____